DOCKET No. 21 Mag 405    DEFENDANT: William Joseph Pepe

AUSA Benjamin Gianforti    DEF.'S COUNSEL Susanne Brody
☐ RETAINED   ☑ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☑ Rule 5(c)(3)   ☐ Detention Hrg.    DATE OF ARREST 1/12/21   ☐ VOL. SURR.
TIME OF ARREST 1:00 p.m.   ☐ ON WRIT
☐ Other: _____   TIME OF PRESENTMENT 2:00 p.m.

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ 10,000 PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☑ OTHER CONDITIONS See Order Setting Conditions of Release

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

The defendant consents to proceed remotely and is advised of his rights and the charges against him. Public reading of the complaint is waived. Susanne Brody is appointed to represent the defendant for the purposes of today's proceeding only. The defendant is released on agreed-upon conditions of bail. See Appearance Bond and Order Setting Conditions of Release.

(AT&T Recording: 45 minutes)

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☑ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 2/10/21   ☑ ON DEFENDANT'S CONSENT

DATE: 1/13/2021    Judith C. McCarthy
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2