UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | 20 Mag.    (UA) |
| WILLIAM PEPE | 21 Mag 405 |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant _WILLIAM PEPE_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__    Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


  /s/ William Pepe by JCM on consent            ___/s/ Susanne Brody_____
_____                 _____
Defendant's Signature                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____William Pepe                               Susanne Brody
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  1/13/2021                                    _Judith C. McCarthy_____
_____                         _____
Date                                           U.S. District Judge/U.S. Magistrate Judge