AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
WILLIAM JOSEPH PEPE

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-MJ-00032
Assigned to: Judge Zia M. Faruqui
Assigned Date: 1/11/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WILLIAM JOSEPH PEPE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Date: 01/11/2021

Zia M. Faruqui
2021.01.11 16:06:33
-05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 01/13/2021, and the person was arrested on *(date)* 01/12/2021
at *(city and state)* White Plains, NY .

Date: 01/13/2021

*Arresting officer's signature*

Jonathan R. Welsh, Special Agent, FBI
*Printed name and title*